UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RICHARD CLEMENTS, )<br>        )<br>    Petitioner )<br>        )<br>v.      ) Civil No. 06-77-B-S<br>        )<br>UNITED STATES OF AMERICA, )<br>        )<br>    Respondent ) | |

## RECOMMENDED DECISION

On June 26, 2006, I granted Petitioner leave to proceed in forma pauperis and ordered him to file by July 31, 2006, an amended motion to vacate setting forth applicable grounds for relief and explaining why this motion is not barred by the one-year statute of limitations. I further indicated in my order that petitioner's failure to comply with the order would result in summary dismissal of the petition.

I now recommend that the petition by summarily dismissed as it does appear to be time barred and for petitioner's failure to comply with my order of June 26, 2006.

### NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

August 1, 2006