UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD CLEMENTS,          )<br>                                             )<br>        **Plaintiff**                  )<br>    v.                                       )         Civil No.   06-77-B-S<br>                                             )<br>UNITED STATES OF AMERICA,  )<br>                                             )<br>        **Defendant**                )| |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 5) filed August 1, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Plaintiff's Petition to Vacate, Set Aside or Correct the Sentence (Docket No. 1) is summarily DISMISSED as it is time-barred and for Petitioner's failure to comply with the Magistrate Judge's Order of June 26, 2006 (Docket No. 4).

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 23rd day of August, 2006.